**UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| LISA CORSON,<br>Plaintiff,<br>v.<br>RESOURCE FINANCIAL SERVICES, INC.,<br>Defendants. | Case No. 3:26-cv-02547<br>**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**<br>**COPYRIGHT INFRINGEMENT**<br>**DEMAND FOR JURY TRIAL** |

Plaintiff, Lisa Corson, alleges as follows:

**JURISDICTION AND VENUE**

1. This is a civil action seeking damages and injunctive relief for copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101 *et seq*.

2. This Court has subject matter jurisdiction over Plaintiff's claim for copyright infringement pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).

3. This Court has personal jurisdiction over Defendant because Defendant's acts of infringement complained of herein occurred in the state of Florida, Defendant's acts of infringement were directed towards the state of Florida, Defendant

caused injury to Plaintiff within the state of Florida, and Defendant has a physical presence in the state of Florida.

4. Venue in this judicial district is proper under 28 U.S.C. § 1391(b)-(d) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

5. Plaintiff Lisa Corson ("Corson") is an individual and professional photographer by trade, residing in Washington, D.C.

6. Upon information and belief, Resource Financial Services, Inc. ("RFS" or "Defendant") is a Florida for-profit corporation operating in St. Johns County, Florida.

7. For the purposes of this Complaint, unless otherwise indicated, "Defendant" includes all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogates, representatives and insurers of the Defendants named in this caption.

## FACTUAL ALLEGATIONS

***Plaintiff & Copyright Holder, Lisa Corson***

8. Lisa Corson is a highly successful and acclaimed freelance photographer who previously worked as the photo editor for *SPIN*, *New York Magazine*, and the *Wall Street Journal*.

9. Corson creates and licenses her work for a fee to a variety of editorial and commercial clients. Corson's client list includes AARP, Delta Airlines, Google, Grand Mariner, House and Garden, Sunset Magazine, The National Geographic Channel, The New York Times, The Washington Post, and Visit California.

10. Corson's livelihood depends on receiving compensation for the photographs she produces, and the copyright protection afforded to Corson's work deters would-be infringers from copying and profiting from her work without permission.

11. Lisa Corson is the sole author and exclusive rights holder to a photograph a boardwalk along a river in Wilmington, North Carolina ("Wilmington Photograph").

12. Attached hereto as Exhibit A is a true and correct copy of the Wilmington Photograph.

13. Lisa Corson registered the Wilmington Photograph with the United States Copyright Office under Registration Number VA 2-379-466 with an Effective Date of Registration of December 18, 2023.

14. Attached hereto as Exhibit B is a true and correct copy of the Copyright Registration Certificate for the Wilmington Photograph.

***Defendant Resource Financial Services, Inc. and Unauthorized Use of the Wilmington Photograph***

15. Upon information and belief, RFS is a financial services company specializing in mortgages, specifically for homeowners. *See generally* resourcefinancialservices.com.

16. Upon information and belief, RFS manages, operates, and controls the website, resourcefinancialservices.com ("RFS Website").

17. On information and belief, RFS Website generates content in order to promote its financial services, attract new customers, and generate profit and revenue for the company and its owner(s).

18. On or about June 6, 2025, Corson discovered the Wilmington Photograph copied and published on RFS Website on a page listing the address contact information for their Wilmington, North Carolina office ("Infringing Use").

19. Attached hereto as Exhibit C are true and correct screenshots of the Infringing Use on the RFS Website.

20. Soon after discovering the Infringing Use, Corson, through counsel, reached out to Defendant to have the Wilmington Photograph removed and to attempt to resolve this matter without court intervention, but the parties were unable to come to an agreement.

21. Corson has never at any point given RFS a license or other permission to display, copy, distribute, or otherwise use the Wilmington Photograph in the Infringing Use on RFS Website or on any other website or platform.

22. RFS, including its employees, agents, contractors or others over whom it has responsibility and control, copied and uploaded the Wilmington Photograph to RFS Website without Corson's consent.

23. On information and belief, Defendant's use of the Wilmington Photograph was deliberate and willful because it knew or should have known that it did not purchase a license to use the Wilmington Photograph on RFS Website or in any other way.

**CAUSE OF ACTION**
**COPYRIGHT INFRINGEMENT**
**17 U.S.C. § 101 *et seq***

24. Plaintiff incorporates by reference all the above paragraphs of this Complaint as though fully stated herein.

25. Plaintiff did not consent to, authorize, permit, or allow in any manner the said use of the unique and original Wilmington Photograph.

26. Plaintiff is informed and believes and thereon alleges that the Defendant willfully infringed upon the copyrighted Wilmington Photograph in violation of Title 17 of the U.S. Code, in that they used, published, communicated, posted, publicized, and otherwise held out to the public for commercial benefit, the original and unique Wilmington Photograph without Plaintiff's consent or authority,

by using it in the Infringing Use.

27. As a result of Defendant's violations of Title 17 of the U.S. Code, Plaintiff is entitled to any actual damages pursuant to 17 U.S.C. §504(b), or statutory damages pursuant to 17 U.S.C. § 504(c).

28. As a result of the Defendant's violations of Title 17 of the U.S. Code, the court, in its discretion, may allow the recovery of full costs as well as reasonable attorney's fees and costs pursuant to 17 U.S.C § 505 from Defendant.

29. Plaintiff is also entitled to injunctive relief to prevent or restrain infringement of his copyright pursuant to 17 U.S.C. § 502.

30. Defendant RFS, including its employees, agents, contractors or others over whom it has responsibility and control, copied and uploaded the Wilmington Photograph to the RFS Website without Corson's consent or authorization.

31. RFS, including its employees, agents, contractors or others over whom it has responsibility and control, willfully uploaded the Wilmington Photograph onto the RFS Website because RFS knew it did not have permission to use the Wilmington Photograph.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for judgment against Defendant as follows:

- For a finding that Defendant infringed Plaintiff's copyright interest in the Wilmington Photograph by copying, displaying, and distributing it without a license or consent;
- For an award of actual damages and disgorgement of all of profits attributable to the infringement as provided by 17 U.S.C. § 504 in an amount to be proven or, in the alternative, at Plaintiff's election, an award for statutory damages against Defendant pursuant to 17 U.S.C. § 504(c), whichever is larger;
- For an injunction preventing Defendant from further infringement of all copyrighted works of the Plaintiff pursuant to 17 U.S.C. § 502;
- For costs of litigation and reasonable attorney's fees against Defendant pursuant to 17 U.S.C. § 505;
- For pre-judgment interest as permitted by law; and
- For any other relief the Court deems just and proper.

*Signature on Following Page*

Dated: September 23, 2026

Respectfully submitted,

**/s/ Rosemary G. Sparrow**
Rosemary G. Sparrow, Esq.
FBN 1044700
**HIGBEE & ASSOCIATES**
3110 W. Cheyenne #200,
N Las Vegas, NV, 89032
(714) 710-3013
(714) 597-6729 facsimile
rsparrow@higbee.law
*Counsel for Plaintiff*

## DEMAND FOR JURY TRIAL

Plaintiff Corson hereby demands a trial by jury in the above matter.

Dated: September 23, 2026

Respectfully submitted,

**/s/ Rosemary G. Sparrow**
Rosemary G. Sparrow, Esq.
FBN 1044700
**HIGBEE & ASSOCIATES**
3110 W. Cheyenne Ave. #200,
N Las Vegas, NV, 89032
(714) 710-3013
(714) 597-6729 facsimile
rsparrow@higbee.law
*Counsel for Plaintiff*